# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

BOYCE MITCHELL                                                                                          PLAINTIFF

v.                                           NO. 4:12CV00147 JLH

HEWLETT-PACKARD COMPANY                                                             DEFENDANT

## ORDER

The motion for admission *pro hac vice* filed on behalf of Ryan Summer Smith is GRANTED. Document #16. Ryan Summer Smith is hereby admitted to appear before this Court as co-counsel for the defendant in this action.

IT IS SO ORDERED this 5th day of April, 2012.

*J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE