**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BOYCE MITCHELL                                                                           PLAINTIFF

v.                                          NO. 4:12CV00147 JLH

HEWLETT-PACKARD COMPANY                                                  DEFENDANT

## ORDER

      On April 4, 2012, Hewlett-Packard Company filed a motion to dismiss the complaint for failure to state a claim.  The time within which Boyce Mitchell should have responded has expired.  *See* Local Rule 7.2 and Rule 6 of the Federal Rules of Civil Procedure.  If Boyce Mitchell opposes the motion to dismiss, he must file a response on or before May 1, 2012.  If he fails to do so, the Court will assume that he does not oppose the motion and will act accordingly.

      IT IS SO ORDERED this 24th day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE