## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

BOYCE MITCHELL                                                                          PLAINTIFF

v.                         NO. 4:12CV00147 JLH

HEWLETT-PACKARD COMPANY                                    DEFENDANT

### ORDER

Hewlett-Packard Company's motion to dismiss the complaint for failure to state a claim is GRANTED. Document #18. This action is hereby dismissed without prejudice.

IT IS SO ORDERED this 11th day of May, 2012.

                                                   _____
                                                   J. LEON HOLMES
                                                   UNITED STATES DISTRICT JUDGE