**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BOYCE MITCHELL                                                                                           PLAINTIFF

v.                                         NO. 4:12CV00147 JLH

HEWLETT-PACKARD COMPANY                                                              DEFENDANT

**JUDGMENT**

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 11th day of May, 2012.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE